## (May 26, 1964)

■ ELIZABETH KUZMAK, as Administratrix of the Estate of JOHN KUZMAK, Deceased, Plaintiff, v. ATLANTIC CEMENT COMPANY, INC., et al., Appellants. ELIZABETH KUZMAK, as Administratrix of the Estate of JOHN KUZMAK, Deceased, Plaintiff, v. EIMCO CORPORATION, Respondent.— Motion for reargument granted, without costs, and upon reargument decision amended so that the ninth paragraph thereof is deleted with the following to take its place: "The order, however, must be modified by deleting the provision for examination of the former employees since at this time such relief is premature." Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.